**Janice C. CAMPBELL, Plaintiff**

**Albert W.L. Moore, Jr., Appellant–Respondent,**

v.

**Joseph CAMPBELL, et al., Respondent–Appellant**

**Rebbecca Lake Wood, Respondent.**

**Nos. WD 62056, WD 62097.**

Missouri Court of Appeals, Western District.

Sept. 28, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 23, 2004.

Application for Transfer Denied Jan. 25, 2005.

Albert W.L. Moore, Jr., Independence, pro se.

Rebbecca L. Overman and Rickey L. Jeffries, Kansas City, MO, for Respondent.

Robert K. Ball, II, Kansas City, MO, for Respondents–Appellants.

Before ROBERT G. ULRICH, P.J., HAROLD L. LOWENSTEIN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Albert Moore appeals and Richard and Joseph E. Campbell cross appeal from the decree of distribution of the probate division approving the final settlement of the estate of Joseph F. Campbell. The appeals involve attorney's fees of Mr. Moore for services performed for the estate. The judgment of the probate division is affirmed. Rule 84.16(b).